IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RANDY D. PITTMAN  *
   v.             * CAUSE ACTION NO.
FEDERAL BUREAU OF *
PRISONS           * 3-22CV0430-K

MOTION TO REQUIRE DEFENDANT TO CONTINUE MEDICATION-ASSISTED TREATMENT FOR OPIOID USE DISORDER

COMES NOW, your Plaintiff, RANDY D. PITTMAN, and represents unto this Court as follows, to-wit:

01. That this Court has jurisdiction in the above-styled cause as your Plaintiff, RANDY D. PITTMAN ("Mr. Pittman") is in the custody of the Federal Bureau of Prisons ("BOP") at Federal Medical Center Fort Worth.

02. That prior to Mr. Pittman's committment, he was in medication-assisted treatment ("MAT") for Opioid Use Disorder and

was prescribed Suboxone 8mg / Naloxone 2mg to treat the mental health disorder.

03. That the FIRST Step Act ("FSA") provides that the BOP must now continue any MAT therapy if the offender was in treatment prior to his incarceration.

04. That on February 06, 2022 Mr. Pittman entered the BOP.

05. That Mr. Pittman had been in MAT therapy since June 2019.

06. That Mr. Pittman's addiction-medication physician is Dr. Rennel Go, M.D. in Boaz, Alabama.

07. That this case has precedence in that the same situation has already taken place in Crews v. Sawyer, 2020 U.S. Dist. LEXIS 55666, 2020 WL 1528502 (D. Kan. Mar. 31, 2020).

08. That in the aforementioned cause Mr. Crews entered the BOP and was told he would not receive Suboxone as a MAT.

09. That Mr. Crews filed his complaint and within five (5) days his treatment had

begun.

10. That in Crews v. Sawyer the Medical Director for the BOP (Dr. Jeffrey D. Allen, M.D.) signed a sworn Affidavit stating: "so long as it is medically necessary and appropriate, [Plaintiff] will be able to remain on MAT therapy with Suboxone during his entire period of incarceration with the BOP." (Doc 37-3 at 5.)

11. That on November 05, 2019 the BOP issued "interim technical guidance "expanding its MAT Program to include all FDA approved MAT medications currently available in the United States, including buprenorphine." (Doc 37-5 at 3.).

12. That the BOP's Patient Care Manual (Program Statement 6031.04) gives clinicians discretion to provide necessary care and according to Dr. Allen, it "does not (2020 U.S. Dist. LEXIS 4) preclude long-term treatment of Opioid Use Disorder with Suboxone." (Id. at 8.).

13. That the November 5, 2019 guidance provides that offenders who enter the BOP with prescribed MAT treatment plans will be continued on those plans.

14. That on Friday February 11, 2022 Mr. Pittman was interviewed by Dr. Feliciano, while at FMC Fort Worth.

15. That Dr. Feliciano is the MAT Director for FMC Fort Worth.

16. That Dr. Feliciano told Mr. Pittman it would be her recommendation to continue MAT therapy with Suboxone.

17. That Dr. Feliciano told Mr. Pittman the BOP "does not like this" and even though her recommendation is to continue therapy it is ultimately up to Health Services to place him on Suboxone.

18. That Mr. Pittman met with Health Services on February 15, 2022 and he was told Suboxone is not administered at FMC Fort Worth because it is not on the formulary and he will not receive Suboxone to treat Opioid Use Disorder.

19. That Dr. Allen also makes clear that Pharmacy Services Program Statement (Program Statement 6360.01) does not preclude the use of Suboxone.

20. That Mr. Pittman used Suboxone to treat Opioid Use Disorder prior to entering the BOP, the MAT Director (Dr. Feliciano, PhD.) recommended Mr. Pittman continue therapy but Health Services has denied Mr. Pittman access to Suboxone to treat his Opioid Use Disorder.

21. That this Court should enter an Order directing the BOP to continue MAT therapy using Suboxone.

WHEREFORE, your Plaintiff, RANDY D. PITTMAN prays unto this Court as follows:

a. That this Court grant the Plaintiff leave to continue In Forma Pauperis.
b. That this Court grant this motion and the relief sought in the motion.

c. That this Court enter an Order directing the BOP to administer Suboxone to the Plaintiff to continue his MAT therapy.

d. For further and general relief this Court may deem just, proper and equitable.

Respectfully submitted, this the 15th day of February 2022.

By: _____

Randy D. Pittman
49695-177
FMC Fort Worth
P.O. Box 15330
Fort Worth, TX 76119

## CERTIFICATE OF SERVICE

I affirm I have provided a true and correct copy of the foregoing to the U.S. Attorney. The foregoing was served via USPS First-class service, postage prepaid, return receipt requested this the 15th day of February 2022.

By: _____
Randy D. Pittman
Pro se

Randy D. Pittman
49695-177
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

*Legal Mail *

NORTH TEXAS TX P&DC
DALLAS TX 750
16 FEB 2022 PM 1

Earle Cabel Federal Courthouse
U.S. District Court
$^{c}/_{o}$: Clerk of the Court
1100 Commerce Street
Dallas, TX 75242

RECEIVED
FEB 22 2022

75242-131052